IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR416-93 |
| | ) | |
| KAREEM SAVAGE | ) | |

## O R D E R

Before the Court is Defendant Kareem Savage's Motion to Release Funds. (Document 39). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest to: Deandrea Savage-Lassiter, 514 Tatem Street, Savannah, Georgia 31405.

**SO ORDERED**, this 18th day of October 2016.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA